IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-02787-CMA-NYW | Date: April 14, 2016 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Counsel* |
|---|---|
| DIANNA MCKAY, | *Stefan Kazmierski* |
| **Plaintiff,** | |
| v. | |
| DILLON COMPANIES, | *Heather Fox Vickles* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**ORAL ARGUMENT**

Court in Session: 10:02 a.m.

Appearance of counsel. Ms. McKay appears with Mr. Kazmierski.

Discussion and argument held on Defendant's Motion for Judgment on the Pleadings [18] filed February 5, 2016.

**ORDERED: Defendant's Motion for Judgment on the Pleadings [18] is TAKEN UNDER ADVISEMENT. A recommendation shall issue.**

Parties' state positions regarding converting the Motion for Judgment on the Pleadings to a Motion for Summary Judgment. Neither side objects if the court believes it is appropriate.

Discussion held on Supplement to Response to Defendant's Motion for Judgement on the Pleadings and Request for Stay of Proceeding [25] filed April 14, 2016.

Court indicated that Supplement to Response to Defendant's Motion for Judgement on the Pleadings and Request for Stay of Proceeding [25] is accepted as tendered without objection.

Court in Recess: 10:27 a.m.          Hearing concluded.          Total time in Court:    00:25

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.